Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendant*
*LEFRAK ORGANIZATION, INC. and*
*HUDSON TOWERS HOUSING CO., INC.*

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS A. VALENCIA and GLORIA N. BONILLA,<br><br>                                    Plaintiffs,<br><br>-against-<br><br>100 CHURCH, LLC, AMBIENT GROUP, INC., BANKERS TRUST COMPANY, BATTERY PARK CITY AUTHORITY, BT PRIVATE CLIENTS CORP., CUNNINGHAM DUCT CLEANING CO., INC., DEUTSCHE BANK TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, DEUTSCHE BANK TRUST CORPORATION, EMPIRE STATE PROPERTIES, INC., GPS ENVIRONMENTAL CONSULTANTS, INC., HUDSON TOWERS HOUSING CO., INC., INDOOR AIR PROFESSIONALS, INC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC., LAW ENGINEERING P.C., LEFRAK ORGANIZATION, INC., MERRILL LYNCH & CO, INC., ONE WALL STREET HOLDINGS, LLC., ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC, THE BANK OF NEW YORK COMPANY, INC., THE BANK OF NEW YORK TRUST COMPANY NA, TISHMAN INTERIORS CORPORATION, TRC ENGINEERS, INC., and ZAR REALTY MANAGEMENT CORP.,<br><br>                                    Defendants. | Case No.:<br>07-CV-5324 (AKH)<br><br><br><br>**NOTICE OF APPEARANCE** |

TO:    THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD

**PLEASE TAKE NOTICE**, that defendants, LEFRAK ORGANIZATION, INC. and HUDSON TOWERS HOUSING CO., INC. hereby appear in the above-entitled action. The undersigned have been retained as attorneys for said defendants and demand that all papers in this action be served upon the undersigned at the office and address stated below.

The undersigned attorney certifies that he is admitted to practice in this Court.

Dated: New York, New York
       September 10, 2007

                                          Yours etc.,

                                          **HARRIS BEACH PLLC**

                                          Brian A. Bender, Esq. (BAB-0218)
                                          HARRIS BEACH PLLC
                                          *Attorney for Defendants*
                                          *LEFRAK ORGANIZATION, INC. and*
                                          *HUDSON TOWERS HOUSING CO., INC.*
                                          100 Wall Street, 23rd Floor
                                          New York, New York 10005
                                          (212) 687-0100

246003.1

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

21 MC 102 (AKH)

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS A. VALENCIA and GLORIA N. BONILLA,

                                  Plaintiffs,

-against-

100 CHURCH, LLC, ET AL.,

                                  Defendants.

Case No.:
07-CV-5324 (AKH)

## NOTICE OF APPEARANCE

**HARRIS BEACH, PLLC**
*Attorneys for Defendant*
***LEFRAK ORGANIZATION, INC. and***
***HUDSON TOWERS HOUSING CO., INC.***
100 Wall Street, 23rd Floor
New York, New York 10005
(212) 687-0100