UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

-----------------------------------------------------------------X

| | |
|---|---|
| CARLOS A VALENCIA (AND WIFE, GLORIA N BONILLA), | 07-CV-5324-AKH |
| Plaintiff, | **APPEARANCE** |
| - against - | |
| 100 CHURCH, LLC, *et al.*, | **ELECTRONICALLY FILED** |
| Defendants. | |

-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York
      October 3, 2007

DICKSTEIN SHAPIRO LLP

By:   /s/ Judith R. Cohen
     Judith R. Cohen (JC-8614)
     1177 Avenue of the Americas
     New York, New York 10036
     Phone: (212) 277-6500
     Fax: (212) 277-6501
     *Attorney for Defendant*
     MERRILL LYNCH & CO., INC.