Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendant*
*HUDSON TOWERS HOUSING CO., INC.*

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS VALENCIA and GLORIA N. BONILLA,<br><br>                                        Plaintiffs,<br><br>              -against-<br><br>100 CHURCH, LLC, AMBIENT GROUP, INC., BANKERS TRUST COMPANY, BATTERY PARK CITY AUTHORITY, BT PRIVATE CLIENTS CORP., CUNNINGHAM DUCT CLEANING CO., INC., DEUTSCHE BANK TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, DEUTSCHE BANK TRUST CORPORATION, EMPIRE STATE PROPERTIES, INC., GPS ENVIRONMENTAL CONSULTANTS, INC., HUDSON TOWERS HOUSING CO., INC., INDOOR AIR PROFESSIONALS, INC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC., LAW ENGINEERING P.C., LEFRAK ORGANIZATION, INC., MERRILL LYNCH & CO, INC., ONE WALL STREET HOLDINGS, LLC., ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC, THE BANK OF NEW YORK COMPANY, INC., THE BANK OF NEW YORK TRUST COMPANY NA, TISHMAN INTERIORS CORPORATION, TRC ENGINEERS, INC., TULLY CONSTRUCTION CO., INC., TULLY INDUSTRIES, INC. and ZAR REALTY MANAGEMENT CORP.,<br><br>                                        Defendants. | Case No.:<br>07-CV-5324 (AKH)<br><br><br><br><br><br>**AMENDED NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT OF HUDSON TOWERS HOUSING CO., INC.** |

**PLEASE TAKE NOTICE THAT** defendant, HUDSON TOWERS HOUSING CO., INC., as and for its response to the allegations set forth in the Amended Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint Adding New Defendants Not Previously Served filed in the above-referenced action, hereby adopts its Verified Master Answer dated July 30, 2007, which was filed in the matter of In Re: World Trade Center Lower Manhattan Disaster Site Litigation, 21 MC 102 (AKH). HUDSON TOWERS HOUSING CO., INC. has filed a Master Disclosure of Interested Parties in 21 MC 102 (AKH), and as such, is exempt from having to file such a disclosure in this specific matter, pursuant to the provisions of Case Management Order No. 4 (¶ J(2)).

**PLEASE TAKE FURTHER NOTICE THAT** defendant, HUDSON TOWERS HOUSING CO., INC., reserves its right to assert any defenses to which it is entitled, including, but not limited to those enumerated in Case Management Order No. 4 (¶(¶D(1)-(5)).

**WHEREFORE**, HUDSON TOWERS HOUSING CO., INC. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
       December 31, 2007

Yours, etc.,

HARRIS BEACH PLLC

Brian A. Bender, Esq. (BAB-0218)
*Attorneys for Defendant*
*HUDSON TOWERS HOUSING CO., INC.*
100 Wall Street
New York, New York 10005
(212) 687-0100

2

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS VALENCIA and GLORIA N. BONILLA, <br><br> Plaintiffs, <br><br> -against- <br><br> 100 CHURCH, LLC, ET AL., <br><br> Defendants. | Case No.: <br> 07-CV-5324 (AKH) |

**AMENDED NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT OF HUDSON TOWERS HOUSING CO., INC.**

**HARRIS BEACH PLLC**
*Attorneys for Defendant*
*HUDSON TOWERS HOUSING CO., INC.*
100 Wall Street
New York, New York 10005
(212) 687-0100