IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION                    21 MC 102 (AKH)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS VALENCIA and GLORIA N. BONILLA,                    Case No.:
                                                          07-CV-5324 (AKH)
                                  Plaintiffs,

            -against-

100 CHURCH, LLC, AMBIENT GROUP, INC., BANKERS TRUST COMPANY, BATTERY PARK CITY AUTHORITY, BT PRIVATE CLIENTS CORP., CUNNINGHAM DUCT CLEANING CO., INC., DEUTSCHE BANK TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, DEUTSCHE BANK TRUST CORPORATION, EMPIRE STATE PROPERTIES, INC., GPS ENVIRONMENTAL CONSULTANTS, INC., HUDSON TOWERS HOUSING CO., INC., INDOOR AIR PROFESSIONALS, INC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC., LAW ENGINEERING P.C., LEFRAK ORGANIZATION, INC., MERRILL LYNCH & CO, INC., ONE WALL STREET HOLDINGS, LLC., ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC, THE BANK OF NEW YORK COMPANY, INC., THE BANK OF NEW YORK TRUST COMPANY NA, TISHMAN INTERIORS CORPORATION, TRC ENGINEERS, INC., TULLY CONSTRUCTION CO., INC., TULLY INDUSTRIES, INC. and ZAR REALTY MANAGEMENT CORP.,

                                  Defendants.

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on December 31, 2007, I caused to be filed and served the following documents electronically via the Court's ECF system upon the parties:

      1.    Amended Notice of Adoption of Answer to Master Complaint of Lefrak Organization, Inc.

Dated: New York, New York
       December 31, 2007

_____
Brian A. Bender