KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.,**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER            21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------x
CARLOS A. VALENCIA and GLORIA N. BONILLA,    DOCKET NO:
                                             07 CV 05324
                    Plaintiffs,

   -against-

100 CHURCH, LLC, AMBIENT GROUP, INC.,
BANKERS TRUST COMPANY, BATTERY PARK
CITY AUTHORITY, BT PRIVATE CLIENTS CORP.,    NOTICE OF
CUNNINGHAM DUCT CLEANING CO., DEUTSCHE       APPEARANCE
BANK TRUST COMPANY, DEUTSCHE BANK TRUST
COMPANY AMERICAS, DEUTSCHE BANK TRUST
CORPORATION, EMPIRE STATE PROPERTIES, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
INDOOR AIR PROFESSIONALS, INC, INDOOR
TECHNOLOGY, INC., KASCO RESTORATION
SERVICES, CO., LAW ENGINEERING, P.C., LEFRAK
ORGANIZATION, INC., MERRILL LYNCH & CO., INC.,
ONE WALL STREET HOLDINGS, LLC., ROYAL AND
SUNALLIANCE INSURANCE GROUP, PLC, THE BANK
OF NEW YORK COMPANY, INC., THE BANK OF NEW
YORK COMPANY, NA, TISHMAN INTERIORS
CORPORATION, TRC ENGINEERS, INC., TULLY
CONSTRUCTION CO., INC., TULLY INDUSTRIES, INC.,
and ZAR REALTY MANAGEMENT CORP., ET AL.

                                **Defendants.**
-----------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.,**

I certify that I am admitted to practice in this court.

Dated: New York, New York
January 31, 2008

Kevin G. Horbatiuk
Kevin G. Horbatiuk (KGH4977)
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING**
**CO., INC.,**
RUSSO, KEANE & TONER, LLP
26 Broadway, 28th Floor
New York, New York 10004
(212) 482-0001
RKT File No. 824.078

TO:  CHRISTOPHER R. LaPOLA, ESQ.,
    WORBY GRONER EDELMAN & NAPOLI BERN, LLP
    Attorney for Plaintiffs
    **CARLOS A. VALENCIA and GLORIA N. BONILLA**
    115 Broadway - 12th Floor
    New York, New York 10006
    (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 31st day of January, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**CARLOS A. VALENCIA and GLORIA N. BONILLA**
115 Broadway 12th Floor
New York, New York 10006

_____
KEVIN G. HORBATIUK